IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| HAROLD L. DORTCH, | ) |  |
|---|---|---|
| Petitioner, | ) |  |
| vs. | ) | CIVIL ACTION NO. 1:18-cv-217-TFM-N |
| WALTER MYERS, | ) |  |
| Respondent. | ) |  |

## **ORDER**

On January 31, 2019, the magistrate judge entered an amended report and recommendation to which no objections have been filed. *See* Doc. 21. After due and proper consideration of the issues raised, the amended recommendation is **ADOPTED** as the opinion of this Court. Accordingly, it is **ORDERED** that the petition is **DISMISSED with prejudice** as time barred and the Motion for Reconsideration (Doc. 18) is **DENIED**.

Final judgment shall issue separately in accordance with this order and Federal Rule of Civil Procedure 58.

**DONE** and **ORDERED** this the 8th day of March 2019.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE