IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| HAROLD L. DORTCH, | ) | |
|---|---|---|
| Petitioner, | ) | |
| vs. | ) | CIVIL ACTION NO. 1:18-cv-217-TFM-N |
| WALTER MYERS, | ) | |
| Respondent. | ) | |

### JUDGMENT

In accordance with the Order entered this date, it is **ORDERED, ADJUDGED**, and **DECREED** that **JUDGMENT** is entered in favor of Respondent, Walter Myers, and against Petitioner, Harold L. Dortch such that the action under 28 U.S.C. § 2254 is **DISMISSED with prejudice**. Further, the Court determines that Dortch is not entitled to either a Certificate of Appealablity and therefore is not entitled to appeal *in forma pauperis*.

**DONE** and **ORDERED** this the 8th day of March 2019.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE